07-11-0252-CR

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL E

 

JULY 26, 2011

 

______________________________

 

 

MICHAEL WAYNE PARRISH, APPELLANT

 

V.

 

THE STATE OF TEXAS, APPELLEE

 

 

_________________________________

 

FROM THE 181ST DISTRICT COURT OF RANDALL
COUNTY;

 

NO. 21,891-B; HONORABLE JOHN B. BOARD, JUDGE

 

_______________________________

 

Before QUINN, C.J., and PIRTLE, J., and BOYD, S.J.[1]

MEMORANDUM OPINION

            Pursuant to a plea bargain,
Appellant, Michael Wayne Parrish, was convicted of assault on a public servant[2]
and sentenced to four years confinement. 
The Trial Court's Certification of Defendant's Right to Appeal
indicates that Appellant's case was a plea-bargain case with no right of appeal
and that Appellant waived his right of appeal.

            By
letter dated June 30, 2011, this Court notified Appellant's appointed counsel of
the consequences of the certification and invited him to either file an amended
certification showing a right of appeal or demonstrate other grounds for
continuing the appeal on or before July 15, 2011.  Counsel was also notified that failure to do
so might result in dismissal of the appeal pursuant to Rule 25.2 of the Texas
Rules of Appellate Procedure.  Counsel
did not respond to this Court's notice.

            Because
neither an amended certification reflecting a right of appeal was filed nor
good cause for continuing the appeal provided, this appeal is dismissed based
on the certification signed by the trial court. 
See Tex. R. App. P. 25.2(d).

 

                                                                                    Patrick A. Pirtle

                                                                                          Justice

 

Do not publish.

 











[1]John
T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.  Tex. Gov't
Code Ann. § 75.002(a)(1) (West 2005).

 





[2]Tex.
Penal Code Ann. § 22.01(b)(1) (West 2011).